STATE OF MAINE                        SUPERIOR   COURT
PENOBSCOT, SS.                        CIVIL ACTION
                                     DOCKET NO CV-17-033


AUTUMN WOODS a/k/a
NADINE MAXIM,

          Plaintiff,
     v.                              ORDER
PETER and AMANDA
MORRISON,

          Defendants.


Hearing was held on the plaintiff's complaint on May 14, 2018. The plaintiff was

present and represented by counsel, Kenneth Fredette, Esq., while the defendants were

present, representing themselves. Plaintiff's complaint contains counts for specific

performance (Count I), unjust enrichment (Counts II and IV), breach of contract (Count

III), conversion (Count V), and bailment (Count VI).

This controversy concerns ownership of and contractual rights to four Great

Danes. The parties entered into a complex series of transactions involving the dogs

including sale, co-ownership, foster care, and adoption. The Court will not chronicle the

details of the disparate versions of facts presented at trial because it finds that Def. Ex.

#2 is dispositive of the parties' rights with regard to three of the dogs. This exhibit,

which was drafted amidst prior litigation between the plaintiff and another person

claiming an interest in some of the same dogs, defines the parties' rights with regard to

Zoey, Minnie, and Hiccup, also known as Nala. In that litigation, plaintiff prepared the

document and solicited Amanda Morrison to parrot its content in order to gain

advantage over that defendant by demonstrating Ms. Morrison's interest in the dogs the

other person was claiming as her own.[1] Consistent with that exhibit, the Court makes findings with regard to the following dogs:

1. Zoey is the property of Amanda Morrison, provided she is not bred.

2. Minney is the property of Amanda Morrison with full breeding rights.

3. Nala is the property of Amanda Morrison with full breeding rights. This dog was to be paid off with the cash value of the pick of the first litter.

Concerning Nala, the Court finds that the value of the pick of the litter is $1,000 and that she ran away prior to having a litter. The Court construes this agreement as requiring that defendants pay that value to complete the sale and that it was no fault of theirs that there was no litter. To consummate this portion of the agreement, the Morrisons must pay $1,000 to plaintiff and if she is recovered, she shall be the property of the Morrisons. With regard to Nitro, also in possession of the Morrisons at the time of the hearing, the plaintiff paid $800 for this dog which was to be co-owned by Nadine Maxim and Amanda. It is unrealistic to believe that this dog can be co-owned so he will remain with the Morrisons who will have to reimburse ½ of its purchase price under a theory of unjust enrichment.

With these findings in mind, the Court Orders as follows:

Judgment for the defendants on Count I, Specific Performance; Count V, Conversion; and Count VI, Bailment.

Judgment for the plaintiffs on Counts III, Breach of Contract in the amount of $1,000 and Count II and IV, Unjust Enrichment in the amount of $400.

---

[1] If the content of the exhibit is accurate, then it should control the parties' rights to the three dogs. If not, the plaintiff should not be permitted to gain advantage in this litigation by disavowing a document that the plaintiff prepared in order to gain an advantage in the former litigation.

The Clerk shall incorporate this Judgment into the docket by reference.

Dated: September 4, 2018

WILLIAM ANDERSON
JUSTICE, SUPERIOR COURT

ORDER/JUDGMENT ENTERED IN THE
COURT DOCKET ON: 9/5/18

Attorney for: AUTUMN WOODS AKA NADINE MAXHAM
KENNETH W FREDETTE  - RETAINED
LAW OFFICE OF KENNETH W FREDETTE
PO BOX 70
NEWPORT ME 04953

DISTRICT COURT
NEWPORT
Docket No  NEWDC-CV-2017-00033

## DOCKET RECORD

vs
PETER MORRISON  - DEFENDANT
27 SUNFLOWER DRIVE
PRENTISS ME 04487
AMANDA MORRISON  - DEFENDANT
27 SUNFLOWER DRIVE
PRENTISS ME 04487

Filing Document: COMPLAINT                    Minor Case Type: OTHER CIVIL
Filing Date: 05/05/2017

## Docket Events:

05/08/2017 FILING DOCUMENT - COMPLAINT FILED ON 05/05/2017

05/08/2017 Party(s):  AUTUMN WOODS AKA NADINE MAXHAM
          ATTORNEY - RETAINED ENTERED ON 05/05/2017
          Plaintiff's Attorney: KENNETH W FREDETTE

05/08/2017 Party(s):  PETER MORRISON
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 03/29/2017

05/08/2017 Party(s):  AMANDA MORRISON
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 03/29/2017

05/08/2017 Party(s):  PETER MORRISON,AMANDA MORRISON
          RESPONSIVE PLEADING - ANSWER FILED ON 05/01/2017

05/11/2017 ORDER - SCHEDULING ORDER ENTERED ON 05/10/2017
          CHARLES  BUDD , JUDGE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL

05/11/2017 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 08/01/2017

08/17/2017 Party(s):  AUTUMN WOODS AKA NADINE MAXHAM
          OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 08/16/2017

08/17/2017 Party(s):  AMANDA MORRISON
          OTHER FILING - WITNESS LIST FILED ON 08/17/2017

08/21/2017 Party(s):  AMANDA MORRISON
          OTHER FILING - EXHIBIT LIST FILED ON 08/21/2017

10/27/2017 ORDER - SCHEDULING ORDER ENTERED ON 10/18/2017
          CHARLES  BUDD , JUDGE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL